

**ORDERED in the Southern District of Florida on July 31, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
                 WEST PALM BEACH DIVISION
```

In re:                                    Case No.: 11-36816-BKC-PGH

Thomas F. Kane,                           Chapter 7

    Debtor(s).
_____/

The Manufacturers Life                    Adv. No.:13-1045-BKC-PGH-A
Insurance Company and
Gerlach & Co., LLC,

    Plaintiff(s),

v.

Thomas F. Kane,

    Defendant(s).
_____/

### ORDER DISMISSING ADVERSARY PROCEEDING AS SETTLED

**THIS MATTER** came before the Court *sua sponte*. It has been brought to the attention of this Court that the parties in the

...

above-referenced Adversary Proceeding have reached a settlement. Therefore, with the Court being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the above-referenced Adversary Proceeding is **DISMISSED AS SETTLED**. This Court reserves jurisdiction to approve and enforce the Settlement, which shall be filed within thirty (30) days from the date of this Order. The Court also retains jurisdiction to vacate this Order, reinstate the Adversary Proceeding, and reset it for trial if the Settlement is not approved. Dismissal does not affect the validity or enforceability of any judgement entered before or after entry of this Order.

###

Copies Furnished To:

Andrew Fulton, IV, Esq.

James Miller, Esq.

AUST

James Miller, Esq. is hereby directed to serve a copy of this Order on all interested parties and file a Certificate of Service thereof in accordance with Local Rules 2002-1(F), 5005-1(G)(2), and 9021-1(A).